# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Kohl's Department Stores, Inc., <br><br> **Plaintiff**, <br><br> v. <br><br> Atlanta Sports Connection, Inc., and Craig Delasin, <br><br> **Defendants.** | Case No.: 1:18-cv-05580-CC |

### Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement

Plaintiff Kohl's Department Stores, Inc. ("Plaintiff"), under Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, hereby discloses as follows:

1. The undersigned counsel of record for Plaintiff in this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a. Plaintiff Kohl's Department Stores, Inc. a wholly owned subsidiary of Kohl's Corporation;

    b. Defendant Atlanta Sports Connection, Inc.; and

      c. Craig Delasin.

Plaintiff and the undersigned counsel lack sufficient information to determine whether Defendant Atlanta Sports Connection, Inc. has a parent corporation or is 10% or more owned by a publicly held corporation.

    2.    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: Plaintiff is aware of none.

    3.    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

      a. Cody S. Wigington and Ronald B. Gaither of the law firm Baker & Hostetler LLP serve as counsel of record for Plaintiff.

      b. Counsel for Defendant Atlanta Sports Connection, Inc. is unknown at this time.

      c. Counsel for Craig Delasin is unknown at this time.

(*Signature on next page.*)

Dated:  February 14, 2019.

        **BAKER & HOSTETLER LLP**
*Counsel for Kohl's Department Stores, Inc.*

<u>*Cody S. Wigington*</u>
**Cody S. Wigington**
Georgia Bar No. 653519
cwigington@bakerlaw.com

**Ronald B. Gaither**
Georgia Bar No. 282292
rgaither@bakerlaw.com

1170 Peachtree Street NE, Suite 2400
Atlanta, GA 30309-7676
Telephone: 404.256.8782

## RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1.C.

Dated:  February 14, 2019.

    **BAKER & HOSTETLER, LLP**
*Counsel for Kohl's Department Stores, Inc.*

<u>*/s/ Cody Wigington*</u>
**Cody S. Wigington**
Georgia Bar No. 653519
cwigington@bakerlaw.com

**Defendant's Certificate of Interested Persons and Corporate Disclosure Statement**, *Kohl's Department Stores, Inc. v. Atlanta Sports Connection, Inc. and Craig Delasin*, United States District Court for the Northern District of Georgia, Atlanta Division, Case No.: 1:18-cv-05580-CC (February 14, 2019).

4844-7919-6038.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement** was electronically filed with the Clerk of Court using the CM/ECF system and served such filing by First Class Mail to the following:

**Craig Delasin**
5460 Millbrook Way
Palm Harbor, Florida 34685

**Atlanta Sports Connection, Inc.**
Attn: Bess Henderson, Registered Agent
105 Norwood Drive
Stockbridge, Georgia 30281

Dated:  February 14, 2019.

*/s/ Cody S. Wigington*
**Cody S. Wigington**

**Defendant's Certificate of Interested Persons and Corporate Disclosure Statement**, *Kohl's Department Stores, Inc. v. Atlanta Sports Connection, Inc. and Craig Delasin*, United States District Court for the Northern District of Georgia, Atlanta Division, Case No.: 1:18-cv-05580-CC (February 14, 2019).